IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACKIE T. NETTERVILLE,

       Petitioner,

v.                                                                        4:11cv410-WS/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

       Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed April 16, 2012.  See Doc. 13.  The magistrate judge recommends that the respondent's motion to dismiss be granted.  The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 13) is hereby ADOPTED and incorporated by reference into this order.

    2.  The respondent's motion to dismiss (doc. 7) is GRANTED.

    3.  The petitioner's petition for writ of habeas corpus is DENIED.

4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is denied."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this   16th   day of     May    , 2012.


                    s/ William Stafford  
                    WILLIAM STAFFORD  
                    SENIOR UNITED STATES DISTRICT JUDGE